PHILIP R. WOOTEN, P.C.
PHILIP R. WOOTEN (AZ Bar No.007006)
3413 East Equestrian Trail
Phoenix, AZ  85044-3403
Telephone:  (480) 598-4330
Facsimile:  (480) 598-4331
Email:  pwooten1@cox.net

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
JULIETA STEPANYAN
2029 Century Park East
Los Angeles, CA 90036
Telephone:  (310) 556-5800
Facsimile:  (310) 556-5959
Email: lacalendar@stroock.com

STRASBURGER & PRICE, LLP
PAUL L. MYERS
2801 Network Boulevard, Suite 600
Frisco, TX 75034
Telephone:  (469) 287-3903
Facsimile:  (469) 227-6567
Email:  paul.myers@strasburger.com
Attorneys for Defendant
   TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LESLEE ROY, on behalf of herself and all others similarly situated,<br><br>                         Plaintiff,<br><br>   v.<br><br>TRANS UNION, LLC, a foreign corporation,<br><br>                         Defendant. | Case No.  2:13-cv-01013-DGC<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF SERVICE OF WRITTEN DISCOVERY TO PLAINTIFF** |

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to Local Rule 5.2, gives notice to the Court that on March 24, 2014, it served Defendant Trans Union LLC's First Sets of Request for

Production of Documents, Requests for Admissions, and Interrogatories Responses to

Plaintiff by mail and email on Plaintiff's counsel, as follows:

| | |
|---|---|
| Paul B. Mengedoth, Esq.<br>MENGEDOTH LAW PLLC<br>20909 N 90th Pl Ste 211<br>Scottsdale AZ 85255<br>(480) 778-9100<br>(480) 778-9101 (Fax)<br>paul@mengedothcaw.com<br>***Attorney for Plaintiff*** | Robert S. Sola, Esq.<br>ROBERT S. SOLA, P.C.<br>8835 SW Canyon Lane Ste 130<br>Portland OR 97225<br>(503) 295-6880<br>(503) 291-9172<br>rssola@msn.com<br>***Attorney for Plaintiff*** |

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J Clyde Morris Blvd Ste 1A
Newport News VA 23601
lenbennett@clalegal.com
srotkis@clalegal.com
***Attorney for Plaintiff***

Dated:  March 25, 2014.                    Respectfully submitted,


                                           By:        /s/  Philip R. Wooten
                                                      Philip R. Wooten

                                           PHILIP R. WOOTEN, P.C.
                                           3413 East Equestrian Trail
                                           Phoenix, AZ  85044-3403
                                           Telephone:  (480) 598-4330
                                           Facsimile:  (480) 598-4331
                                           Email:  pwooten1@cox.net

                                           Stephen J. Newman
                                           Catherine Huang
                                           STROOCK & STROOCK & LAVAN LLP
                                           2029 Century Park East
                                           Los Angeles, CA 90036
                                           Telephone:  (310) 556-5800
                                           Facsimile:  (310) 556-5959
                                           Email:  lacalendar@stroock.com

                                           Paul L. Myers
                                           STRASBURGER & PRICE, LLP
                                           2801 Network Boulevard, Suite 600
                                           Frisco, TX 75034
                                           Telephone:  (469) 287-3903
                                           Facsimile:  (469) 227-6567
                                           Email:  paul.myers@strasburger.com

                                           Attorneys for Defendant
                                                TRANS UNION LLC

## **CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of December, 2013, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Paul B. Mengedoth, Esq.
MENGEDOTH LAW PLLC
20909 N 90th Pl Ste 211
Scottsdale AZ 85255
(480) 778-9100
(480) 778-9101 (Fax)
paul@mengedothcaw.com
*Attorney for Plaintiff*

Robert S. Sola, Esq.
ROBERT S. SOLA, P.C.
8835 SW Canyon Lane Ste 130
Portland OR 97225
(503) 295-6880
(503) 291-9172
rssola@msn.com
*Attorney for Plaintiff*

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J Clyde Morris Blvd Ste 1A
Newport News VA 23601
lenbennett@clalegal.com
srotkis@clalegal.com
*Attorney for Plaintiff*

and I hereby certify I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

By /s/ Philip R. Wooten